## Commonwealth ex rel. Bolish, Appellant, v. Rundle.

Submitted January 9, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Daniel Bolish*, appellant, in propria persona.

*Ralph P. Needle,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for appellee.

OPINION BY MR. JUSTICE JONES, March 17, 1964:

Order affirmed. *Commonwealth v. Bolish,* 391 Pa. 550, 138 A. 2d 447, *Commonwealth ex rel. Bolish v. Banmiller,* 396 Pa. 129, 151 A. 2d 480, and *Commonwealth ex rel. Almeida v. Rundle,* 409 Pa. 460, 187 A. 2d 266, control the issues raised on this appeal.